AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (USAO rev. 12/20)          ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>One United States Postal Service Priority Mail parcel bearing tracking number 9505514896972227604269, currently in the custody of the United States Postal Inspection Service | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 5:22-MJ-00520 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

Date and time issued: _____     _____
                                                                                           *Judge's signature*

City and state:    Riverside, CA    _____     Honorable Sheri Pym, U.S. Magistrate Judge
                                                                                           *Printed name and title*

AUSA: Julius Nam (951-276-6942)

AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)
(Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**AFFIDAVIT**

I, Zachary Sumpter, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a search warrant for a United States Postal Service ("USPS") Priority Mail parcel bearing tracking number 9505 5148 9697 2227 6042 69, currently in the custody of the United States Postal Inspection Service ("USPIS") Task Force Office located at the Chino Police Station in Chino, California, as described more fully in Attachment A (the "SUBJECT PARCEL").

2.   The request search warrant seeks authorization to seize the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance), as described more fully in Attachment B.  Attachments A and B are incorporated into my affidavit by reference.

3.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all

conversations and statements described in this affidavit are related in substance and in part only.

## II. __INTRODUCTION__

4.    I am a Task Force Officer ("TFO") with the United States Postal Inspection Service ("USPIS"), and have been so employed since November 2021. I am currently assigned as a Task Force Officer to the Contraband Interdiction and Investigations South Team of the Los Angeles Division, which is responsible for investigating drug trafficking violations involving the United States Mail. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

5.    Prior to being assigned as a TFO with the USPIS, I worked patrol as a full-time sworn law enforcement officer with the Chino Police Department. I have been a sworn law enforcement officer since August 2013. I am a Police Officer within the meaning of Section 830.1 of the California Penal Code.

6.    I have received training and have experience investigating violations of state and federal narcotics and money laundering laws, including, but not limited to Title 21, United States Code, Sections 841, 846, 952, 959 and 963, and Title 18, United States Code, Section 1956(a).

7.    I have been involved in various electronic surveillance methods including state and federal wiretap

investigations, the debriefing of informants and witnesses, as well as others who have knowledge of the manufacturing, distribution, transportation, storage, and importation of controlled substances and the laundering of drug proceeds.

8.    I am familiar with narcotics traffickers' methods of operation, including the manufacturing, storage, transportation, and distribution of narcotics, the collection of money that represents the proceeds of narcotics trafficking, and money laundering. I am also familiar with the ways that narcotics traffickers transport and distribute narcotics in areas they control. I am familiar with how drug traffickers use countersurveillance techniques to avoid law enforcement detection. I also know that drug traffickers often communicate with their associates through cellular telephones. I have become aware that more sophisticated drug trafficking networks now utilize the dark web, e-mail, Voice over Internet Protocol, video chat, internet messaging services, and social networking sites to communicate with one another. During drug-related communications, traffickers often use coded or cryptic language to disguise the drug-related nature of their conversations.

### III.  <u>PARCEL TO BE SEARCHED</u>

9.    This affidavit is made in support of an application for a search warrant for the following United States Postal Service ("USPS") Priority Mail parcel (hereinafter referred to as the "SUBJECT PARCEL"), which is currently secured at the USPIS Task Force Office located at the Chino Police Station at 5450 Guardian Way in Chino, California:

a.    The SUBJECT PARCEL is a United States Postal
Service Priority Mail parcel bearing tracking number 9505 5148
9697 2227 6042 69.  The SUBJECT PARCEL is a white-colored,
medium-sized Flat Rate Box.  The SUBJECT PARCEL is addressed to
"Ronald E. Stroughte, 4530 Saint John Ave, Ste: 15 Unit 274,
Jacksonville Florida, 32210."  The return address listed on the
SUBJECT PARCEL is "Marcia Lopez, 12015 Silicon Ave, Chino CA
91710."  The SUBJECT PARCEL was postmarked on August 15, 2022 in
the 91708 ZIP code in Chino, CA.

b.    As described in greater detail below, the SUBJECT
PARCEL was selected for investigation because it met certain
criteria common to packages containing contraband.  The SUBJECT
PARCEL is believed to contain controlled substances or the
proceeds from the trafficking of controlled substances based on,
among other things, a positive alert by a trained narcotics-
detection canine.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

### A. Background

10.  Based on my training and discussions with experienced
Postal Inspectors, I know that Postal Inspectors have been
conducting investigations of drug trafficking via USPS Express
Mail and Priority Mail since the mid-1980s.  In particular, they
began conducting organized interdictions of Express Mail and
Priority Mail parcels suspected of containing controlled
substances and proceeds from the sale of controlled substances
in Los Angeles, California, in the early 1990s.  Along with
conducting organized interdictions, Postal Inspectors also

regularly examine and investigate Express Mail and Priority Mail parcels throughout the year.  During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances using boxes, with the proceeds in the form of cash. Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders.  By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances that lend a sense of legitimacy to the parcel.

11.  From my training, personal experience, and the collective experiences related to me by Postal Inspectors on my team who specialize in investigations relating to the mailing of controlled substances and drug proceeds, I am aware that the greater Los Angeles area is a major source area for controlled substances.  As such, controlled substances are frequently transported from the greater Los Angeles area via the United States Mail, and the proceeds from the sale of the controlled substances are frequently returned to the greater Los Angeles area via the United States Mail.  These proceeds are generally in large amounts of money over $1,000.

12.  I also know based on my training and experience that drug traffickers will often use one of two USPS services: Priority Mail Express Service, which is the overnight/next day

5

delivery mail service, and Priority Mail Service, which is the
two-to-three day delivery mail service.  Drug traffickers use
Priority Mail Express delivery services because of their speed,
reliability, and the ability to track the package's progress to
the intended delivery point.  Drug traffickers often use
Priority Mail delivery services because they allow drug
traffickers more time for travel between states if they are
following their shipments to their destinations for
distribution.  Like Priority Mail Express, Priority Mail also
allows drug traffickers to track the package's progress to the
intended delivery point.

13.  Based on information derived and built upon over many
years, I, like other Postal Inspectors and USPIS Task Force
Officers, initially look for certain characteristics when
examining Priority Mail Express and Priority Mail for controlled
substances or drug proceeds.  These characteristics include:

a.  The article is contained in a box, flat cardboard
mailer, or Tyvek envelope;

b.  The article bears a handwritten label; and/or

c.  The handwritten label on the article does not
contain a business account number.

14.  Parcels found to meet these characteristics are
scrutinized by Postal Inspectors and Task Force Officers through
further investigation, which may include return and addressee
address verifications and trained narcotics-detecting canine
examination.  Postal Inspectors and Task Force Officers will

also look for additional drug or drug proceed parcel characteristics such as:

> a.  The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope;

> b.  The parcel bears a handwritten label, whether USPS Express Mail or Priority Mail;

> c.  The handwritten label on the parcel does not contain a business account number;

> d.  The seams of the article are all taped or glued shut;

> e.  The article emits the odor of a cleaning agent, adhesive, or spray foam, detectable by a human; and/or

> f.  Multiple articles are mailed by the same individual, on the same day, from different locations.

15.  Based on my training and experiences and information learned during discussions with Postal Inspectors, I know that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identity from law enforcement.  Indeed, it is my experience that when real addresses are used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.  Investigation Regarding SUBJECT PARCEL**

16.  On August 15, 2022, a supervisor at the United States Post Office in Chino alerted me to the SUBJECT PARCEL on an account of prior suspicious activities the return and recipient addresses.  I retrieved the SUBJECT PARCEL and secured it at the

USPIS Task Force Office located at the Chino Police Station, 5450 Guardian Way, Chino, California 91710.

17.   Upon receiving the SUBJECT PARCEL, I saw that it was mailed from a postal facility in the 91708 ZIP code, which is different than the 91710 ZIP code listed for the sender/return address.  Based on my training and experience, I know that drug traffickers will often mail from postal facilities other than those in the traffickers' own ZIP codes to disguise themselves as being associated with the parcel.

18.   I also saw that the SUBJECT PARCEL was wrapped in copious amounts of clear packaging tape around all of its seams, which is a characteristic of parcels that often contain contraband or proceeds from drug trafficking.

**C.   Sender-Recipient Information and ACCURINT Database Checks**

19.   ACCURINT is a public information database used by law enforcement that provides names, addresses, telephone numbers, and other identifying information.

20.   Based on my search of ACCURINT database records, I am aware that the return address information listed on the SUBJECT PARCEL – "12015 Silicon Ave, Chino CA 91710" – is not associated with the listed sender "Marcia Lopez".  I am also aware based on an ACCURINT database check, the recipient address – "4530 Saint John Ave, Ste: 15 Unit 274, Jacksonville Florida, 32210" – is not associated with the listed recipient, "Ronald E. Stroughte".

### D.   **Positive Canine Alert on the SUBJECT PARCEL**

21.   On August 16, 2022, El Monte Department Officer Adam Girgle and his narcotics-detection canine, "Rico," conducted an exterior examination of the SUBJECT PARCEL.  Officer Girgle informed me that Rico gave a positive alert to the SUBJECT PARCEL, indicating the presence of controlled substances or other items that emitted the odor of controlled substances, in the SUBJECT PARCEL.  Attached hereto as Exhibit 1, which I incorporate fully herein by reference, is a document setting forth information provided by Officer Girgle regarding Rico's training and history in detecting controlled substances, and investigation of the SUBJECT PARCEL.

### V.   **CONCLUSION**

22.   Based on the above, I believe there is probable cause to believe that the SUBJECT PARCEL described in Attachment A contains evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this _____ day of
August 2022.

_____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

## **ATTACHMENT A**

<u>PARCEL TO BE SEARCHED</u>

The SUBJECT PARCEL is a United States Postal Service Priority Mail parcel bearing tracking number 9505 5148 9697 2227 6042 69.  The SUBJECT PARCEL is a white-colored, medium-sized Flat Rate Box.  The SUBJECT PARCEL is addressed to "Ronald E. Stroughte, 4530 Saint John Ave, Ste: 15 Unit 274, Jacksonville Florida, 32210."  The return address listed on SUBJECT PARCEL is "Marcia Lopez, 12015 Silicon Ave, Chino CA 91710."  The SUBJECT PARCEL was postmarked on August 15, 2022 in the 91708 ZIP code.

## **ATTACHMENT B**

### ITEMS TO BE SEIZED

The following are the items to be seized from the SUBJECT PARCEL, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

    a.   Any controlled substances, including marijuana;

    b.   Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

    c.   Any associated packaging.

# EXHIBIT 1

**AFFIDAVIT**

**HANDLER ADAM GIRGLE AND K9 "RICO"**

I, Officer Adam Girgle, have been a Police Officer with the El Monte Police Department since December of 2003. I have handled and/or assisted with hundreds of narcotics investigations. I have assisted Federal and State narcotics task forces with large scale narcotics investigations. I graduated from the Los Angeles County Sheriff's Department Academy in May of 2001. I attended the Adlerhorst Police Canine Handler course in August of 2016. I also attended the Adlerhorst Canine Narcotics Detection course in November of 2017. During this course, my police canine partner Rico and I received 240 hours of instruction in the detection of the odor of illegal narcotics. During this course, I personally observed my police canine partner Rico alert to the presence of the odor of illegal narcotics. My police canine partner Rico was certified to alert to the presence of marijuana, methamphetamine, cocaine and heroin. My police canine partner and I receive yearly certification from the Los Angeles County Police Canine Association in apprehension and narcotics detection. My police canine partner and I certified in September 2021.    I am familiar and knowledgeable in the behaviors my police canine partner Rico engages in when he detects the presence of the odor of illegal narcotics. I conduct continual training with my police canine partner Rico by hiding various narcotics in different locations such as buildings, vehicles, bags, parcels and in open areas. This training includes proofing canine Rico on odors such as plastic, boxes, latex, tape, metal, currency (circulated and uncirculated), parcel packaging material, glass pipes and food. I also proof canine Rico of my human odor. This training is on-going and continual.

On 8/16/2022 at approximately 1410 hours, my police canine partner and I assisted with a narcotic parcel investigation. Canine Rico alerted to the presence of the odor of illegal narcotics emitting from the following parcels.

USPS Parcel: 9505 5148 9697 2227 6042 69

Addressed To: Ronald E. Stroughte

    4530 Saint John Ave.

    Ste: 15 Unit 274

    Jacksonville, Florida 32210